## NEW ORLEANS CHAPTER, ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INC. *v.* UNITED STATES

No. 599.   Decided December 8, 1969

*R. Emmett Kerrigan, Ralph L. Kaskell, Jr.,* and *George W. Wise* for appellant.

*Solicitor General Griswold, Assistant Attorney General McLaren,* and *Irwin A. Seibel* for the United States.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

Mr. JUSTICE BLACK is of the opinion that probable jurisdiction should be noted.

## HUESDASH *v.* HASKINS, CORRECTIONAL SUPERINTENDENT

No. 816, Misc.   Decided December 8, 1969

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.